UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA KOISTRA; GEORGIA KOISTRA; and LARRY FORD,<br><br>                              Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO; and DOES 1 through 50, inclusive,<br>                             Defendant. | Case No.: 16cv2539-GPC(AGS)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT OPINION AS MOOT**<br><br>**[Dkt. No. 53.]** |

In connection with their motion for summary judgment, Defendants filed a motion to exclude Plaintiff's police practices and procedures expert, Scott DeFoe, concerning the use of the Sheriff's canine pursuant to Daubert v. Merrell Dow Pharms., 508 U.S. 579 (1993). (Dkt. No. 53.) Defendants acknowledged they filed the Daubert motion in anticipation that Plaintiff will attempt to use her expert opinion in opposition to the motion for summary judgment. (Dkt. No. 53-1.) Plaintiff filed an opposition to the Daubert motion. (Dkt. No. 59.) In reply, Defendants concede that because Plaintiff did not submit Mr. DeFoe's expert opinion testimony in opposition to the summary judgment motion, their Daubert motion is moot for purposes of the summary judgment motion.

1

1  (Dkt. No. 61.)  Accordingly, the Court DENIES Defendants' motion to exclude as
2  MOOT subject to refiling at the time of motions in limine.
3      IT IS SO ORDERED.

5  Dated:  April 11, 2018

6                                          Hon. Gonzalo P. Curiel
7                                          United States District Judge